UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**RODERICK J. MCGINNIS,**

**Plaintiff,**

**v.** **Case No. 26-C-1218**

**DR. RICHARD EVANS et al.,**

**Defendants.**

---

**DECISION AND ORDER**

---

Plaintiff Roderick McGinnis, who is incarcerated at the Milwaukee County Community Reintegration Center, is representing himself in this 42 U.S.C. §1983 case and has moved to proceed *in forma pauperis*. On August 6, 2026, as required by 28 U.S.C. §1915, the Court ordered McGinnis to pay an initial partial filing fee of $8.40 by September 8, 2026. On August 19, 2026, McGinnis filed a motion to stay the case because he cannot afford to pay the fee. The Court denied McGinnis' motion to stay but extended his deadline to pay the fee to October 8, 2026. On September 28, 2026, McGinnis filed a letter explaining that, at the time he brought this action, he did not know he would have to pay an initial partial filing fee. While he acknowledges that he spent the little money he had at the commissary, he asserts that he did so before someone helped him file this lawsuit.

McGinnis' unfamiliarity with the law is insufficient to relieve him of his obligation to pay an initial partial filing fee as required by 28 U.S.C. §1915. If he would like, McGinnis may choose to voluntarily dismiss this case without prejudice and refile it after he is released. But the Court will not indefinitely stay the action simply because he is currently unable to afford the $8.40 initial

partial filing fee that he owes. The Court will extend the deadline to pay the initial partial fee one final time to allow McGinnis to consider how he would like to proceed.

**IT IS THEREFORE ORDERED** that McGinnis' deadline to pay the $8.40 initial partial filing fee is **EXTENDED** to **November 9, 2026**. If McGinnis does not pay the fee by the deadline, the Court will deny his motion to proceed *in forma pauperis* and will dismiss this action based on his failure to pay the filing fee.

Dated at Green Bay, Wisconsin this 5th day of October, 2026.

William C. Griesbach
United States District Judge